ORIGINAL
D&F
C/M

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
BENNETT A. COHEN,

        Plaintiff,

-against-

MR. GERRALD and MRS. LOUISON,
Owners of 1219 Union Street; LA RETRAITE
REALTY CORP., together with MS. GALE
LOUISON, Managing Agent of 1219 Union
Street and La Retraite Realty Corp., jointly
and severally,

        Defendants.
-------------------------------------------------x

**MEMORANDUM AND ORDER**
Case No. 05-CV-2696 (FB)(LB)

*Appearances:*
*For the Plaintiff:*
JOEL M. GLUCK, ESQ.
80 Livingston Street
Brooklyn, NY 11201

*For the Defendants:*
BRIAN F. WARD, ESQ.
188 Montague Street, Suite 500
Brooklyn, NY 11201

**BLOCK, Senior District Judge:**

        On December 16, 2005, Magistrate Judge Bloom issued a Report and Recommendation ("R&R") recommending that the above-referenced case be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The R&R recited that "the parties shall have ten (10) days from service of this Report to file written objections . . . . Failure to file a timely objection to this Report generally waives any further judicial review[.]" R&R at 5. The R&R was served on all parties no later than December 22, 2005; to date, no objections have been filed.

        If clear notice has been given of the consequences of failure to object, and there are no objections, the Court may adopt the R&R without *de novo* review. *See Thomas*

*v. Arn*, 474 U.S. 140, 149-50 (1985); *Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."). The Court will excuse the failure to object, however, and conduct *de novo* review if it appears that the magistrate judge may have committed plain error. *See Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F.3d 162, 174 (2d Cir. 2000). Here, nothing on the face of the R&R suggests plain error. Accordingly, the Court adopts the R&R without *de novo* review.

**SO ORDERED.**

FREDERIC BLOCK
United States Senior District Judge

Brooklyn, New York
January 11, 2006

2