UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BENNETT A. COHEN,   JUDGMENT
   05-CV- 2696 (FB)
                    Plaintiff,

  -against-

MR. GERALD and MRS. LOUISON,
Owners of 1219 Union Street; LA RETRAITE
REALITY CORP, together with MS. GALE
LOUISON, Managing Agent of 1219 Union
Street and La Retraite Realty Corp.,
jointly and severally,

                   Defendants.
-----------------------------------------------------------------X

      A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on January 13, 2006, adopting the Report and Recommendations of Magistrate Judge Lois Bloom, dated December 16, 2005 without *de novo* review of the record; and dismissing the case with prejudice pursuant to Fed. R. Civ. P. 41(a)(2); it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the Report and Recommendation of Magistrate Judge Lois Bloom is adopted without *de novo* review of the record; and that the case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).


Dated: Brooklyn, New York
       January 13, 2006

                                                        ROBERT C. HEINEMANN
                                                        Clerk of Court